UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LOBBY TRAFFIC SYSTEMS, INC., a California corporation; JEFFREY DAVID HADEN, an individual; WESCO INSURANCE COMPANY, a Delaware corporation; USS CAL BUILDERS, INC., a California corporation; ARCH INSURANCE COMPANY, a Missouri corporation; and DOE 1 through DOE 4, inclusive,<br><br>Defendants. | CASE NO.: 8:17-cv-00543 JLS(KESx)<br><br>**AMENDED JUDGMENT** |

Pursuant to the Court's Order Granting Plaintiff's Motion to Alter or Amend the Judgment (Doc. 77),

**IT IS HEREBY ORDERED ADJUDGED AND DECREED that**:

Judgment is entered in favor of Plaintiff, **CONSTRUCTION LABORERS TRUST**

1

**FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC**, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Center For Contract Compliance, Laborers' Trusts Administrative Trust Fund For Southern California, San Diego County Construction Laborers Pension Trust Fund and San Diego Construction Advancement Fund 2003, Southern California Partnership For Jobs Trust Fund (collectively "TRUST FUNDS"), **and against Defendant LOBBY TRAFFIC SYSTEMS, INC., a California corporation, and Defendant JEFFREY DAVID HADEN, jointly and severally,** as follows:

- **Principal** in the sum of **$39,371.45**, (consisting of Fringe Benefit Contributions of **$13,300.41**, Liquidated Damages of **$18,071.04** and audit fees of $**8,000.00**);
- **Interest** in the sum of **$4,166.00**;
- **Attorney's fees** in the sum of **$3,212.25**;
- **Court Costs** in accordance with C.D. Cal. R. 54-3.

DATED: September 27, 2018

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE